FORM JCM 005

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| | |
|---|---|
| IN RE:<br>THOMAS M. MARYANSKI, JR.<br>    Debtor | Case No. 24-10253-JCM |
| | Chapter 13 |
| PENNSYLVANIA EQUITY RESOURCES, INC.<br>    Movant | Hearing Date: 07/16/2024 |
| | Hearing Time: 10:00 am |
| | Objection Date: 07/09/2024 |
| vs.<br>THOMAS M. MARYANSKI, JR.<br>    and<br>RONDA J. WINNECOUR (TRUSTEE)<br>    Respondent | 11 U.S.C. §362 |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF PENNSYLVANIA EQUITY RESOURCES, INC. FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **07/09/2024** (*i.e.*, more than seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **07/16/2024**, at **10:00 am** before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: June 21, 2024

/s/Ryan Starks
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com