# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10253-JCM |
| | : | |
| Thomas M. Maryanski, Jr., | : | CHAPTER 13 |
| Debtor | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

February 25, 2024 – May 3, 2024

**Next Payment Advice Expected (post-filing):**

May 17, 2024

C.C.    **MARYANSKI JR., THOMAS**

**Cleveland Brothers** | CAT | CLEVELAND BROTHERS EQUIPMENT CO INC
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

SEQ 000314

# Earnings Statement ADP

Period Beginning: 02/25/2024
Period Ending: 03/09/2024
Pay Date: 03/22/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

THOMAS M MARYANSKI
2550 MERCER ST
SANDY LAKE PA 16145

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2353.85 | | 2,353.85 | 14,123.10 |
| Bonus Prev Yr | | | | 9,100.00 |
| **Gross Pay** | | | **$2,353.85** | 23,223.10 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -188.87 | 3,089.31 |
| Social Security Tax | | -143.14 | 1,423.05 |
| Medicare Tax | | -33.48 | 332.81 |
| PA State Income Tax | | -70.72 | 703.69 |
| Cranberry Tw Income Tax | | -23.04 | 229.24 |
| Cranberry Tw Local Svc Tax | | -2.00 | 12.00 |
| PA SUI Tax | | -1.65 | 16.26 |
| **Other** | | | |
| Ltd Afttax 1 | | -3.30 | 19.80 |
| Opt Life Emp | | -13.85 | 83.10 |
| Optional Ad&D | | -1.66 | |
| Pretax Dental | | -6.85* | 41.10 |
| Pretax Healthl | | -40.68* | 244.08 |
| Pretax Vision | | -2.43* | 14.58 |
| 401K Nu Basic | | -94.16* | 720.21 |
| Expense Reimb | | | -167.50 |
| Garnish Fee | | | 11.99 |
| Garnishment #1 | | | 587.38 |

| Adjustment | | |
|---|---|---|
| Expense Reimb | +167.50 | |

| **Net Pay** | | **$1,895.52** |

| Other | this period | year to date |
|---|---|---|
| Checking #1 | -1,895.52 | 15,852.04 |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,209.73

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.85 | 29.10 |
| Match 401K | 23.54 | 180.04 |
| Hsa-Ercontrbhim | | 550.00 |
| Ytd 401K | | 720.21 |

---

© 1998, 2006, ADP, INC All Rights Reserved.

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Cleveland Brothers** | CAT | CLEVELAND BROTHERS EQUIPMENT CO INC
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

Advice number: 00000110775
Pay date: 03/22/2024

Deposited to the account of
THOMAS M MARYANSKI

account number   transit ABA   amount
                               $1,895.52

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

**Cleveland Brothers** | CAT | CLEVELAND BROTHERS EQUIPMENT CO INC
SEQ 000115
5300 PAXTON STREET
HARRISBURG, PA 17111
*724-327-1300*

# Earnings Statement

ADP

Period Beginning: 03/10/2024
Period Ending: 03/23/2024
Pay Date: 04/05/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

THOMAS M MARYANSKI
2550 MERCER ST
SANDY LAKE PA 16145

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2353.85 | | 2,353.85 | 16,476.95 |
| Bonus Prev Yr | | | | 9,100.00 |
| **Gross Pay** | | | **$2,353.85** | 25,576.95 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,209.73

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -188.87 | 3,278.18 |
| | Social Security Tax | -143.14 | 1,566.19 |
| | Medicare Tax | -33.48 | 366.29 |
| | PA State Income Tax | -70.72 | 774.41 |
| | Cranberry Tw Income Tax | -23.04 | 252.28 |
| | Cranberry Tw Local Svc Tax | -2.00 | 14.00 |
| | PA SUI Tax | -1.64 | 17.90 |
| | **Other** | | |
| | Ltd Afttax 1 | -3.30 | 23.10 |
| | Opt Life Emp | -13.85 | 96.95 |
| | Optional Ad&D | -1.66 | |
| | Pretax Dental | -6.85* | 47.95 |
| | Pretax Healthl | -40.68* | 284.76 |
| | Pretax Vision | -2.43* | 17.01 |
| | 401K Nu Basic | -94.16* | 814.37 |
| | Expense Reimb | | -167.50 |
| | Garnish Fee | | 11.99 |
| | Garnishment #1 | | 587.38 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.85 | 33.95 |
| Match 401K | 23.54 | 203.58 |
| Hsa-Ercontrbhim | | 550.00 |
| Ytd 401K | | 814.37 |

| **Net Pay** | **$1,728.03** | |
|---|---|---|
| Checking #1 | -1,728.03 | 17,580.07 |
| **Net Check** | **$0.00** | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Cleveland Brothers** | CAT | CLEVELAND BROTHERS EQUIPMENT CO INC
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

Advice number: 00000130730
Pay date: 04/05/2024

Deposited to the account of
THOMAS M MARYANSKI

account number | transit ABA | amount
xxxxxx1078 |  | $1,728.03

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**Cleveland Brothers** — CAT
CLEVELAND BROTHERS EQUIPMENT CO INC
SEQ 000231
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

Period Beginning: 03/24/2024
Period Ending: 04/06/2024
Pay Date: 04/19/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

THOMAS M MARYANSKI
2550 MERCER ST
SANDY LAKE PA 16145

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2353.85 | | 2,353.85 | 18,830.80 |
| Bonus Prev Yr | | | | 9,100.00 |
| **Gross Pay** | | | **$2,353.85** | 27,930.80 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,209.73

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -188.87 | 3,467.05 |
| Social Security Tax | | -143.15 | 1,709.34 |
| Medicare Tax | | -33.47 | 399.76 |
| PA State Income Tax | | -70.72 | 845.13 |
| Cranberry Tw Income Tax | | -23.04 | 275.32 |
| Cranberry Tw Local Svc Tax | | -2.00 | 16.00 |
| PA SUI Tax | | -1.65 | 19.55 |
| **Other** | | | |
| Ltd Afttax 1 | | -3.30 | 26.40 |
| Opt Life Emp | | -13.85 | 110.80 |
| Optional Ad&D | | -1.66 | |
| Pretax Dental | | -6.85* | 54.80 |
| Pretax Healthl | | -40.68* | 325.44 |
| Pretax Vision | | -2.43* | 19.44 |
| 401K Nu Basic | | -94.16* | 908.53 |
| Expense Reimb | | | -167.50 |
| Garnish Fee | | | 11.99 |
| Garnishment #1 | | | 587.38 |
| **Net Pay** | | **$1,728.02** | |
| Checking #1 | | -1,728.02 | 19,308.09 |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.85 | 38.80 |
| Match 401K | 23.54 | 227.12 |
| Hsa-Ercontrbhim | | 550.00 |
| Ytd 401K | | 908.53 |

© 1998, 2006. ADP, INC All Rights Reserved.

TEAR HERE ▼

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Cleveland Brothers** — CAT
CLEVELAND BROTHERS EQUIPMENT CO INC
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

Advice number: 00000150779
Pay date: 04/19/2024

Deposited to the account of
THOMAS M MARYANSKI

account number | transit ABA | amount
$1,728.02

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

**Cleveland Brothers** | **CAT**
CLEVELAND BROTHERS EQUIPMENT CO INC
SEQ 000199
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

Period Beginning: 04/07/2024
Period Ending: 04/20/2024
Pay Date: 05/03/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

THOMAS M MARYANSKI
2550 MERCER ST
SANDY LAKE PA 16145

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2353.85 | | 2,353.85 | 21,184.65 |
| Bonus Prev Yr | | | | 9,100.00 |
| **Gross Pay** | | | **$2,353.85** | 30,284.65 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,209.73

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -188.87 | 3,655.92 |
| | Social Security Tax | -143.14 | 1,852.48 |
| | Medicare Tax | -33.48 | 433.24 |
| | PA State Income Tax | -70.72 | 915.85 |
| | Cranberry Tw Income Tax | -23.04 | 298.36 |
| | Cranberry Tw Local Svc Tax | -2.00 | 18.00 |
| | PA SUI Tax | -1.65 | 21.20 |
| | **Other** | | |
| | Ltd Afttax 1 | -3.30 | 29.70 |
| | Opt Life Emp | -13.85 | 124.65 |
| | Optional Ad&D | -1.66 | |
| | Pretax Dental | -6.85* | 61.65 |
| | Pretax Healthl | -40.68* | 366.12 |
| | Pretax Vision | -2.43* | 21.87 |
| | 401K Nu Basic | -94.16* | 1,002.69 |
| | Expense Reimb | | -167.50 |
| | Garnish Fee | | 11.99 |
| | Garnishment #1 | | 587.38 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 4.85 | 43.65 |
| Match 401K | 23.54 | 250.66 |
| Hsa-Ercontrbhim | | 550.00 |
| Ytd 401K | | 1,002.69 |

| | | |
|---|---|---|
| **Net Pay** | **$1,728.02** | |
| Checking #1 | -1,728.02 | 21,036.11 |
| **Net Check** | **$0.00** | |

© 1998, 2006. ADP, INC All Rights Reserved.
© 2000 ADP, Inc.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**Cleveland Brothers** | **CAT**
CLEVELAND BROTHERS EQUIPMENT CO INC
5300 PAXTON STREET
HARRISBURG, PA 17111
724-327-1300

Advice number: 00000170724
Pay date: 05/03/2024

Deposited to the account of
**THOMAS M MARYANSKI**

account number    transit ABA    amount
                                  $1,728.02

THIS IS NOT A CHECK
VOID

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.