# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-10253-JCM |
| | : | |
| **Thomas M. Maryanski, Jr.,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | RELATED TO DOCKET NO.: 24 |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT* by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: June 27, 2024By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail

```
Label Matrix for local noticing        (p)DOVENMUEHLE MORTGAGE              Peoples Natural Gas Company LLC
0315-1                                 1 CORPORATE DRIVE SUITE 360          GRB Law
Case 24-10253-JCM                      LAKE ZURICH IL 60047-8945            c/o Jeffrey R. Hunt, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                            525 William Penn Place, Suite 3110
Erie                                                                        Pittsburgh, PA 15219-1753
Thu Jun 27 08:04:13 EDT 2024

1                                      (p)BROCK & SCOTT  PLLC               Capital One
U.S. Bankruptcy Court                  6701 CARMEL ROAD SUITE 315           Attn: Bankruptcy
U.S. Courthouse, Room B160             CHARLOTTE NC 28226-4035              Po Box 30285
17 South Park Row                                                           Salt Lake City, UT 84130-0285
Erie, PA 16501-1169


Capital One N.A.                       Capital One/Walmart                  Comenity Capital
by AIS InfoSource LP as agent          Attn: Bankruptcy                     Attn: Bankruptcy
PO Box 71083                           P.O. Box 30285                       Po Box 182125
Charlotte, NC  28272-1083              Salt Lake City, UT 84130-0285        Columbus, OH 43218-2125


Commenity Capital Bank                 Credit One Bank N.A.                 LVNV Funding, LLC
Po Box 183003                          P.O. Box 9887                        Resurgent Capital Services
Columbus, OH 43218-3003                Las Vegas, NV 89191                  PO Box 10587
                                                                            Greenville, SC 29603-0587


Lvnv Funding/Resurgent Capital         Midland Credit Mgmt                  Office of the United States Trustee
Attn: Bankruptcy                       Attn: Bankruptcy                     1000 Liberty Avenue
Po Box 10497                           Po Box 939069                        Suite 1316
Greenville, SC 29603-0497              San Diego, CA 92193-9069             Pittsburgh, PA 15222-4013


Pennsylvania Equity Resources, Inc.    SANTANDER CONSUMER USA               Santander Consumer USA, Inc
3711 W Market St Suite A               P.O. Box 560284                      Attn: Bankruptcy
Greensboro, NC 27403-4437              Dallas, TX 75356-0284                Po Box 961245
                                                                            Fort Worth, TX 76161-0244


(p)SEZZLE INC                          Synchrony Bank/JCPenney              Synovus Bank
251 N 1ST AVE                          Attn: Bankruptcy                     Attn: Bankruptcy
SUITE 200                              Po Box 965060                        1111 Bay Avenue
MINNEAPOLIS MN 55401-1672              Orlando, FL 32896-5060               Columbus, GA 31901-5218


Daniel P. Foster                       Justin P. Schantz                    Thomas M. Maryanski Jr.
Foster Law Offices                     David A. Colecchia and Associates    2550 Mercer Street
1210 Park Avenue                       324 South Maple Avenue               Sandy Lake, PA 16145-3718
Meadville, PA 16335-3110               2nd Floor
                                       Greensburg, PA 15601-3219
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Pennsylvania Equity Resources, Inc.    Brock & Scott PLLC                   (d)Equity Resources Inc
1 Corporate Drive, Suite 360           1315 Westbrook Plaza Dr #100         1 Corporate Dr
Lake Zurich, IL 60047                  Winston Salem, NC 27103              Lake Zurich, IL 60047
```

Sezzle
Attn: Bankruptcy
Po Box 3320
Minneapolis, MN 55403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Peoples Natural Gas Company LLC
GRB Law
c/o Jeffrey R. Hunt, Esquire
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219-1753

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24