IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas M. Maryanski Jr.<br><br>DEBTOR | CHAPTER 7<br><br>BANKRUPTCY CASE NUMBER 24-10253 |
| Pennsylvania Equity Resources, Inc.<br>　　　MOVANT<br>VS.<br><br>Thomas M. Maryanski, Jr.<br>　　RESPONDENT/DEBTOR<br><br>Ronda J. Winnecour, TRUSTEE<br>　　ADDITIONAL RESPONDENT | |

## **STIPULATION AND ORDER**

AND NOW, it is hereby stipulated and agreed to by and between Pennsylvania Equity Resources, Inc. ("Movant") and Thomas M. Maryanski, Jr. ("Debtor") as follows:

1. Pennsylvania Equity Resources, Inc. wishes to confirm the May 14, 2024 Sheriff sale and seek possession of the real estate, as the bankruptcy was filed after the final Sheriff sale.

2. The Debtor has a possessory interest in the property as he is still residing in the subject real estate.

3. The parties agree that relief from stay is Granted, however the subject relief shall not **take effect until September 1, 2024**.

4. The automatic stay remains in effect in all other aspects of the Debtors bankruptcy case.

DATED:    July 15, 2024          /s/ Mario Hanyon
                                 Mario Hanyon, Esquire
                                 PA ID: 203993
                                 Brock and Scott, PLLC
                                 3825 Forrestgate Drive
                                 Winston Salem, NC 27103
                                 Telephone:844-856-6646
                                 Email: PABKR@brockandscott.com


DATED:    July 15, 2024          /s/ Daniel P. Foster
                                 Daniel P. Foster, Esquire
                                 PA ID: 92376
                                 Foster Law Offices
                                 1210 Park Avenue
                                 Meadville PA 16335
                                 Telephone: 814-724-1165
                                 Email: Dan@mrdebtbuster.com


AND NOW, this _____ day of _____, 2024 it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

                                 _____
                                 HONORABLE JOHN C. MELARAGNO
                                 UNITED STATES BANKRUPTCY JUDGE