**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 24-10253-JCM |
| | : | | |
| Thomas M. Maryanski, Jr. | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/16/2024 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**  #20 Motion for Relief From Stay Under §362 Pursuant to Bankruptcy Procedure Rule 4001
     #39 Response by Debtor

**APPEARANCES:**
     Debtor:          Michael Eisen
     Pennsylvania Equity Resources, Inc.: James Berent

**NOTES:**

Berent:     There is a stipulation between the parties.

**OUTCOME:**     Stipulation (Doc. 41) GRANTED / OE

SIGNED
7/16/24 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA