## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 24-10253-JCM |
| | : | |
| Thomas M. Maryanski, Jr., | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Thomas M. Maryanski, Jr., | : | Docket No.: 45 |
| Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Movant(s) Incorrect Address:
2550 Mercer Street
Sandy Lake, PA 16145

Movant(s) Correct Address:
20 Jones Street, Lot 4A
Stoneboro, PA 16153

                            Respectfully Submitted,

Date:  August 7, 2024

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor