**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 24-10253-JCM** |
| | : | |
| **Thomas M. Maryanski, Jr.** | : | **CHAPTER 7** |
| Debtor, | : | |
| | : | **Document No. 50** |
| _____ | : | |
| **Thomas M. Maryanski, Jr.** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Justin P. Schantz, Esquire,** | : | |
| Chapter 7 Trustee. | : | |
| Respondent. | : | |

## 1019 CONVERSION REPORT

1. The Statement of Intentions and Petition Completed were filed after the Motion to Convert and before the Conversion Order and accurately represent the Debtor's present income, expenses, and intentions.

Respectfully submitted,

Date: December 3, 2024

/s/ Daniel P. Foster
Daniel P. Foster, Esquire
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA  16355
Tel: 814.724.1165
Fax: 814.724.1165
Email: dan@mrdebtbuster.com